### Jose Francisco Villatoro MEJIA, Petitioner,

v.

### Eric H. HOLDER, Jr., Respondent.

### No. 12–2207.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 3, 2013.

Filed: Feb. 13, 2013.

Jose Francisco Villatoro Mejia, Sioux City, IA, pro se.

Sharon Michele Clay, Karen Yolanda Drummond, Richard M. Evans, U.S. Department of Justice, Washington, DC, for Respondent.

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Jose Francisco Villatoro Mejia, a citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (BIA), which upheld an immigration judge's decision denying him asylum, withholding of removal, and cancellation of removal. After careful review, we find no basis for reversal. First, we conclude that substantial evidence supported the denials of asylum and withholding of removal. *See Khrystotodorov v. Mukasey,* 551 F.3d 775, 781 (8th Cir.2008); *Reyes–Morales v. Gonzales,* 435 F.3d 937, 941–42 (8th Cir. 2006). Second, we conclude that we lack jurisdiction to review the BIA's discretionary determination that Mejia failed to show the requisite level of hardship to his children, for purposes of his cancellation-of-removal application. *See Zacarias–Ve-lasquez v. Mukasey,* 509 F.3d 429, 434 (8th Cir.2007).

Accordingly, the petition for review is denied. *See* 8th Cir. R. 47B.